[No. 27424-8-II.   Division Two.   May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM BANKS KIME, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-00478-6, John P. Wulle, J., entered June 4, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 27626-7-II.   Division Two.   May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CASEY ROGER SPIERING, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-00844-7, Barbara D. Johnson, J., entered July 18, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 45354-8-I.   Division One.   May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ALPHONSO L. GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-10258-2, Michael Hayden, J., entered September 30, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45358-1-I.   Division One.   May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD BRIAN WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04836-7, James Bryan Street, J., entered October 18, 1998. *Affirmed* by unpublished per curiam opinion. Now published at 112 Wn. App. 618.